UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| MARQUIS DIAGNOSTIC IMAGING, LLC, | ) | Case No. 18-52365-pwb |
| | ) | |
| MARQUIS DIAGNOSTIC IMAGING OF NORTH CAROLINA, LLC | ) ) | Case No. 18-52357-pwb |
| | ) | |
| MARQUIS DIAGNOSTIC IMAGING OF ARIZONA, LLC | ) ) | Case No. 18-52380-pwb |
| | ) | |
| RADIANT MEDICAL IMAGING, LLC, | ) | Case No. 18-52402-pwb |
| | ) | |
| DVR ACQUISITION, LLC, | ) | Case No. 18-52589-pwb |
| | ) | |
| DESERT VALLEY RADIOLOGY, P.L.C. | ) | Case No. 18-52590-pwb |
| | ) | |
| Debtors | ) ) | Jointly Administered under Case No. 18-52365-pwb |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Scott B. Riddle, Esq. and the Law Office of Scott B. Riddle, LLC, as counsel for Shared Imaging, LLC, file this Entry of Appearance and Request for Notices. All pleadings, notices and other documents should be forwarded to the following address:

> Scott B. Riddle, Esq.
> Law Office of Scott B. Riddle, LLC
> Suite 1800 Tower Place
> 3340 Peachtree Road NE
> Atlanta, Georgia 30326
> Phone: 404-815-0164
> Fax: 404-815-0165
> E-mail: scott@scottriddlelaw.com

This 20th day of August 2018.

                                            By:_____/S/_____
                                             Scott B. Riddle, Esq.
                                             GA Bar No. 604855

**Law Office of Scott B. Riddle, LLC**
Suite 1800 Tower Place
3340 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-815-0164
Fax: 404-815-0165
E-mail: scott@scottriddlelaw.com

2

## **CERTIFICATE OF SERVICE**

      This is to certify that I have caused this Entry of Appearance by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

| | |
|---|---|
| Henry Sewell, Jr.<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 |

      This 20th day of June 2018.


                                          By:_____/S/_____

                                          Scott B. Riddle, Esq.