**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MARQUIS DIAGNOSTIC IMAGING, LLC, | CASE NO. 18-52365-PWB |
| MARQUIS DIAGNOSTIC IMAGING OF NORTH CAROLINA, LLC, | CASE NO. 18-52367-PWB |
| MARQUIS DIAGNOSTIC IMAGING OF ARIZONA, LLC, | CASE NO. 18-52365-PWB |
| RADIANT MEDICAL IMAGING, LLC, | CASE NO. 18-52380-PWB |
| DVR ACQUISITION, LLC, | CASE NO. 18-52589-PWB |
| DESERT VALLEY RADIOLOGY, P.L.C., | CASE NO. 18-52590-PWB |
| Debtors. | Jointly Administered Under Case No. 18-52365-PWB |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS**
**REGARDING DEBTORS' AMENDED MOTION FOR**
**AUTHORITY TO SELL ASSETS AND NOTICE OF OVERBID**

**NOW COMES** RapidScale, Inc. ("RS") and files this Limited Objection and Reservation of Rights Regarding Debtors' Amended Motion (A) For Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances, (B) To Establish Procedures with Respect to Such Sale and the Assumption and Assignment of Executory Contracts and Leases, (D) To Consider Approval of Breakup Fee, and (E) To Shorten and Limit Notice ("**Sale Motion**") (Doc. 155) and Notice of: 1) Submission of Initial Overbid in Conformance with Bid Procedures Order; 2) Auction of Assets of the Debtors; and 3) Change of Location of Auction ("**Notice**") (Doc. 189), showing the Court as follows:

1.

RS raises two limited objections to the Motion and Notice.

2.

First, the asset purchase agreements attached to the Motion and Notice provide an unfettered right to amend Exhibit 1.6 of the asset purchase agreements at any time prior to the sale hearing. While neither of the asset purchase agreements specifically seek to assume Debtors' contract with RS[1] (in fact, the asset purchase agreement attached to the Notice completely fails to include Exhibit 1.6), later amendments to the asset purchase agreements could. RS is entitled to assert any objections it may have to such amendments.

3.

Second, the cure amount set forth in Exhibit B to the Motion, which is deemed to be binding, may not be accurate on the date of assumption, as services are still being rendered to Debtors (the proposed cure does not take into account amount for services invoiced in August 2018), and the cure amount does not include any costs or other damages arising out of Debtors' breach of its contract with RS.

4.

For the reasons above, RS hereby reserves its rights on the above stated issues should the eventual purchaser of Debtors' assets express a desire to assume Debtors' contract with RS.

---

[1] A copy of the relevant agreement is described in and attached to RS' Motion for Relief From Stay or Order Compelling Assumption or Rejection of Executory Contract, filed on July 18, 2018 (Doc. 152).

**WHEREFORE**, RS prays that the Court permit it to object to any revisions of the asset purchase agreements that purport to result in an assumption of RS' contract with Debtors, including objecting to the proposed cure amount.

Respectfully submitted, this 22nd day of August, 2018.

                                                **COHEN POLLOCK MERLIN TURNER, P.C.**
                                                Counsel for RS

                                                By:  /s/ Garrett H. Nye
                                                        Bruce Z. Walker
                                                         Georgia Bar No. 731260
                                                         Garrett H. Nye
                                                         Georgia Bar No. 387919

3350 Riverwood Parkway, Suite 1600
Atlanta, Georgia 30339
(P) 770-858-1288
(F) 770-858-1277
bwalker@cpmtlaw.com
gnye@cpmtlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is more than 18 years of age, and that he served copies of **LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING DEBTORS' AMENDED MOTION FOR AUTHORITY TO SELL ASSETS AND NOTICE OF OVERBID** via U.S. First Class Mail to the persons or entities listed below:

**Henry F. Sewell, Jr.**
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

**David S. Weidenbaum**
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 22nd day of August, 2018.

**COHEN POLLOCK MERLIN TURNER, P.C.**
Counsel for RS

By:   /s/ Garrett H. Nye
          Garrett H. Nye
          Georgia Bar No. 387919

3350 Riverwood Parkway, Suite 1600
Atlanta, Georgia 30339
(P) 770-858-1288
(F) 770-858-1277
gnye@cpmtlaw.com

1700378.1                       -1-